No. 89–5237.   J. L. *v.* VERMONT DEPARTMENT OF SOCIAL AND REHABILITATION SERVICES.   Sup. Ct. Vt.   Certiorari denied.

No. 89–5325.   HILLERY *v.* CALIFORNIA.   Ct. App. Cal., 6th App. Dist.   Certiorari denied.

No. 89–5398.   JOHNSTON *v.* ACTING COMMISSIONER OF SOCIAL SECURITY.   C. A. 7th Cir.   Certiorari denied.

No. 89–5430.   SNYDER *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 89–5434.   STATEN *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 89–5437.   THOMAS *v.* UNITED STATES; and
No. 89–5831.   BELL *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   Reported below: 872 F. 2d 431.

No. 89–5482.   WILKINS *v.* MCDANIEL.   C. A. 7th Cir.   Certiorari denied.

No. 89–5539.   GUDIN *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 89–5552.   BARNTHOUSE *v.* COLORADO.   Sup. Ct. Colo. Certiorari denied.

No. 89–5553.   BRAGGS *v.* UNITED STATES ARMY CORPS OF ENGINEERS ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 89–5614.   HOPKINS *v.* ARIZONA DEPARTMENT OF REAL ESTATE ET AL.   Ct. App. Ariz.   Certiorari denied.

No. 89–5632.   AMOS *v.* ILLINOIS (two cases).   Sup. Ct. Ill. Certiorari denied.

No. 89–5676.   LEE *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 89–5749.   KING *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.   C. A. 8th Cir.   Certiorari denied.

No. 89–5753.   DAVIS *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.